1  BENJAMIN B. WAGNER
2  United States Attorney
   DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   Social Security Administration
4  ANN L. MALEY, CSBN 176877
   Special Assistant United States Attorney
5  Social Security Administration
   160 Spear Market St., Suite 800
6  San Francisco, CA  94105
   Telephone: (415) 977-8974
7  Facsimile: (415) 744-0134
   Email: ann.maley@ssa.gov
8
9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF CALIFORNIA
11                                  )
   YING THAO,                       )
12                                  )   No.: 11−CV−2203-DAD
            Plaintiff,              )
13                                  )   ORDER
      v.                            )
14                                  )
                                    )
15 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
16                                  )
            Defendant.              )
17 ─────────────────────────────────)

18       The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to

19   Sentence Six of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand")

20   lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY

21   ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded

22 /////

23 /////

24 /////

25 /////

to the Commissioner of Social Security for further proceedings consistent with the

Stipulation of Remand.

Dated:  April 16, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\thao2203.stipord.remand.docx