| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
| | DONNA L. CALVERT |
| 3 | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| 4 | ANN L. MALEY, CSBN 176877 |
| | Special Assistant United States Attorney |
| 5 | Social Security Administration |
| | 160 Spear Market St., Suite 800 |
| 6 | San Francisco, CA  94105 |
| | Telephone: (415) 977-8974 |
| 7 | Facsimile: (415) 744-0134 |
| | Email: ann.maley@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

YING THAO,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

No.: 11−CV−2203-DAD

ORDER

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Six of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded

/////

/////

/////

/////

to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

Dated: April 16, 2012

_DALE A. DROZD_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DDAD1\orders.soc sec\thao2203.stipord.remand.docx